# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BILLY JOE WILLINGHAM,  )<br>as Administrator of  )<br>the Estate of ANTHONY LEE  )<br>    WILLINGHAM, deceased,  )<br>  )<br>**Plaintiff,**  )<br>  )<br>v.  )<br>  )<br>COLONIAL PIPELINE  )<br>COMPANY, et al.,  )<br>  )<br>**Defendants.**  ) | Case No. 2:19-CV-01507-RDP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff Billy Joe Willingham, as Administrator of the Estate of Anthony Lee Willingham and Defendants Colonial Pipeline Company, and Superior Land Designs, LLC, by and through their undersigned attorneys of record and pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate and agree to the final dismissal of this action with prejudice, including any and all costs taxed as paid.

Respectfully submitted this 30th day of March, 2022.

/s/ *Adam P. Princenthal*
Adam P. Princenthal
Georgia Bar No. 588219

PRINCENTHAL, MAY & WILSON, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, GA 30328
TEL: 678-534-1980
FAX: 404-806-0624
adam@princemay.com

*Counsel for Billy Joe Willingham, Administrator of the Estate of Anthony Lee Willingham*

/s/ *Lem Montgomery, III*[1]
Lem Montgomery, III
Miss. Bar. No. 100686
Kyle V. Miller
Miss. Bar No. 102227

BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39157
lem.montgomery@butlersnow.com
kyle.miller@butlersnow.com

*Counsel for Defendant Colonial Pipeline Company*

/s/ *C. Peter Bolvig*[2]
C. Peter Bolvig

Mudd, Bolvig, Luke & Wells, LLC
2011 4th Avenue North
Birmingham, Alabama 35203
bolviglaw@aol.com

*Counsel for Defendant Superior Land Designs, LLC*

---

[1] Signed by counsel for Plaintiff with express permission.
[2] Signed by counsel for Plaintiff with express permission.

2

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send electronic notice of filing to the following:

Lem Montgomery, III
Kyle V. Miller
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39157
lem.montgomery@butlersnow.com
kyle.miller@butlersnow.com

Alan D. Mathis
Matthew A. Barley
BUTLER SNOW LLP
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Alan.Mathis@butlersnow.com
Matt.Barley@butlersnow.com

*Counsel for Defendant Colonial Pipeline Company*


C. Peter Bolvig
Mudd, Bolvig, Luke & Wells, LLC
2011 4th Avenue North
Birmingham, Alabama 35203
bolviglaw@aol.com

*Counsel for Defendant Superior Land Designs, LLC*

/s/  Adam Princenthal
Adam P. Princenthal
Georgia Bar No. 588219

PRINCENTHAL, MAY & WILSON, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, GA 30328
TEL: 678-534-1980
FAX: 404-806-0624
adam@princemay.com