FILED
2022 Mar-30  PM 02:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BEVERLY KAY WILLINGHAM, et al.,** | }<br>}<br>} |
| **Plaintiffs,** | }<br>} |
| v. | }   Case No.:  **2:19-CV-01507-RDP**<br>} |
| **COLONIAL PIPELINE COMPANY,** et al., | }<br>}<br>} |
| **Defendants.** | } |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 137), filed March 30, 2022, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this March 30, 2022.



**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE